## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A80 | 9572918 | HEUPEL | 2321 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 09/19/2020 1504
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 C.FR. 2.34(a)(1)
Place of Offense: LAKE MEAD NRA LITTLE DAVIS DAM COVE
Offense Description: Factual Basis for Charge: Disorderly Conduct Fighting
HAZMAT ☐

NP820134

**DEFENDANT INFORMATION**
Last Name: MUNOZ
First Name: PRISCILLA
M.I.: M
Street Address: [redacted]
City: Riverside  State: CA  Zip Code: 92509  Date of Birth: __/__/197_
Drivers License No.: [redacted]  CDL ☐  D.L. State: CA  Social Security No.: ___-__-4843
☒ Adult ☐ Juvenile  Sex ☐ Male ☒ Female  Hair: BRN  Eyes: BRN  Height: 5'02"  Weight: 150

**VEHICLE**  VIN:  CMV ☐
Tag No. | State | Year | Make/Model | PASS ☐ | Color

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9572918*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on September 19, 20 2020 while exercising my duties as a law enforcement officer in the _____ District of Arizona

SEE Attached

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☒ other (explain above) video

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 9/19/2020
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 4/14/2021
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/20/2021 12:47

CVB Location Code: A 180
Citation Number: 9572918
NPS Case Number: NP20134115

## STATEMENT OF PROBABLE CAUSE

On September 19th, 2020, at approximately 1445 hours, while on duty in Lake Mead National Recreation Area, I United States Park Ranger (USPR) Christina Heupel (2321) along with USPR Dylan Beaulieu, responded to a call for a fight in progress in the area of Little Davis Cove.

Once on scene, I observed two parties on the beach. Each party was separated, and no physical display of fighting was observed. I was then approached by Officer Perry Miller (3409), a Nevada Department of Wildlife officer (NDOW), who informed me that he spoke with the party located on the East end of the beach. Miller informed me that the party on the East end of the beach had been involved in a fight with the group located on the West end of the beach.

According to David L Munson, Priscilla M MUNOZ who was associated with Adam Rodriguez, was involved in a physical fight with Munson, during which he sustained injuries. MUNOZ then approached Ashley Munson (David Munson's wife), in an aggressive manor and was verbally assaultive and threatening yelling racist profanities. According to witnesses from Munson's party, these events led to an additional physical altercation.

Several witnesses from Munson's group identified MUNOZ as a primary aggressor, who was verbally assaultive as well as participated in the physical fight, resulting in injuries to various members of Munson's group.

Due to the actions of all of those involved in the fight, the fight grew into a situation involving thirty people with several children in the area. This created an extremely dangerous situation on a heavily visited beach and resulted in injuries.

I issued MUNOZ a mandatory appearance for violation of 36CFR 2.34(a)(1) Disorderly conduct with intent to cause public alarm, nuisance, jeopardy or violence, or knowingly or recklessly creating a risk thereof; Engages in fighting or threatening, or in violent behavior.

CVB Location Code: A 180
Citation Number: 9572918
NPS Case Number: NP20134115

The foregoing statement is based upon (check all that apply):

- [X] My personal observations
- [X] My personal investigation
- [X] Information supplied to me from my fellow officer's observations.
- [X] Investigation conducted by a fellow officer.
- [X] Other (explain above) Video

Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to best of my knowledge.

Executed on: 09/19/2020
Date (mm/dd/yyyy)

[signature] 2321
Officer's Signature/Badge Number

Probable cause has been stated for the issuance of a warrant.

Executed on: 4/14/2021
Date (mm/dd/yyyy)

[signature]
U.S. Magistrate Judge

CVB SCAN 01/20/2021 12:47